IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Aa to Zz Childcare and Learning Center,    :
                          Petitioner          :
                                              :
              v.                              :        No. 651 C.D. 2018
                                              :
Department of Human Services,                 :
                          Respondent          :

## **O R D E R**

NOW, June 27, 2019, upon consideration of petitioner's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge